**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **JAMES BERNARD** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No.** |
| **v.** | ) |
| | ) **PLAINTIFF DEMANDS JURY** |
| **RAILSERVE INC.** | ) |
| | ) |
| **Defendant.** | ) |

---

**DEFENDANT RAILSERVE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW Defendant, Railserve, Inc. ("Railserve") and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure makes the following disclosure of corporate interests:

1.      Railserve, Inc. is a Delaware Corporation, wholly owned by Marmon Transportation Services LLC, a Delaware Limited Liability Corporation.

2.      Marmon Transportation Services LLC is wholly owned by Union Tank Car Company, a Delaware Corporation.

3.      Union Tank Car Company is wholly owned by UTLX Company, a Delaware Corporation.

4.      UTLX Company is wholly owned by Marmon Natural Resources and Transportation Services, Inc., a Delaware Corporation.

5.      Marmon Natural Resources and Transportation Services, Inc. is wholly owned by Marmon Holdings, Inc., a Delaware Corporation.

6.      Marmon Holdings, Inc. is a subsidiary of Berkshire Hathaway Inc., a Delaware Corporation.

7.      Berkshire Hathaway Inc. owns 91.66% of the Marmon Holding, Inc. stock and is listed on the New York Stock Exchange under trading symbols BRK.A and BRK.B.

Dated:  September 6, 2013

Respectfully submitted,


/s/JAMES M. SIMPSON
James M. Simpson (TN Bar No. 015023)
Allen, Summers, Simpson, Lillie & Gresham, PLLC
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
Telephone:     (901) 763-4200
Facsimile:     (901) 684-1768
jsimpson@allensummers.com

Timothy J. Sarsfield
MO Bar No. 36223 (*pro hac vice to be filed*)
Joyce M. Pratt
MO Bar No. 57637 (*pro hac vice to be filed*)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:     (314) 552-6000
Facsimile:     (314) 552-7000
tsarsfield@thompsoncoburn.com
jpratt@thompsoncoburn.com

Michael W. Duffee
IL Bar No. 18237 (*pro hac vice to be filed*)
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, Illinois 60603
Telephone:     (312) 346-7500
Facsimile:     (312) 580-2201
mduffee@thompsoncoburn.com

*Counsel for Defendant Railserve, Inc.*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT RAILSERVE, INC.'S CORPORATE DISCLOSURE STATEMENT** by filing the same using the Court's ECF system, which will automatically send notification to the attorney of record and by mailing, U.S. postage prepaid, on the 13th day of September, 2013 to the attorney of record:

Henry E. Reaves III, Esq. BPR# 28348
119 South Main, Suite 500
Memphis, TN 38103
(901) 322-8015
(901) 328-1352 (*facsimile*)

*Attorney for Plaintiff James Bernard*

/s/JAMES M. SIMPSON
JAMES M. SIMPSON